IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JAMAL E. COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>FNU CLARK; FNU FAULKS; and ELIZABETH MARTYN,<br><br>    Defendants. | CIVIL ACTION NO.: 5:21-cv-63 |

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Know What Will Happen. Doc. 94. Plaintiff explains he "is leaning toward distinguishing Defendant Martyn from this case," but before he decides, he wants to know the consequences. However, it is Plaintiff's obligation to litigate his case and make legal decisions. The Court may not issue legal guidance or advisory opinions. To the extent Plaintiff requests legal guidance from the Court, I **DENY** Plaintiff's Motion.

**SO ORDERED**, this 26th day of May, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA