# In the United States District Court for the Southern District of Georgia
# Waycross Division

JAMAL E. COLLINS,

    Plaintiff,

v.

FNU CLARK, and FNU FAULKS,

    Defendants.

5:21-cv-63

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 105. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court, **GRANT** Defendant Faulks' Motion for Summary Judgment, and **DISMISS** Plaintiff's claims against Defendant Faulks. I also **DIRECT** the Clerk of Court to enter the appropriate judgment and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 6 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA